16555/SCS/SAB

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| EARNEST J. DAVIS, as Father and Next Friend of EARNEST J. DAVIS, III, a Minor<br>Plaintiff,<br>vs.<br>MACY'S RETAIL HOLDINGS, INC., a Corporation and SCHINDLER ELEVATOR CORPORATION, a Corporation,<br>Defendant. | Case No.: 1:19-cv-04112 |

## MOTION TO WITHDRAW AS AN ATTORNEY OF RECORD

Now comes the Plaintiff, EARNEST J. DAVIS, as Father and Next Friend of EARNEST J. DAVIS, III, a Minor, by their attorneys, ANESI, OZMON, RODIN, NOVAK & KOHEN, LTD. pursuant to L.R. 83.17, and for its Motion to Withdraw Michael L. Teich and Brian D. Teven as an Attorneys of Record in this case, states as follows:

1. Local Rule 83.17 provides for the substitution of attorneys when counsels are from the same firm.

2. As of March 30, 2020, the undersigned, Michael L. Teich and Brian D. Teven, will no longer be participating in this case.

3. Scott C. Sands and Steven A. Berman both of whom have appearances on file, will continue to represent the same Plaintiff previously represented by Mr. Teich and Mr. Teven.

4. The undersigned respectfully requests that they be removed from all services lists, including the CM/ECF system.

WHEREFORE, Plaintiff EARNEST J. DAVIS, as Father and Next Friend of EARNEST J. DAVIS, III, a Minor, respecfully requests that this Court enter an Order withdrawing the appearance of attorney Michael L. Teich and Brian D. Teven as an attorney of record in this matter.

By:/Michael L. Teich
Attorneys for Plaintiff

Scott C. Sands
Steven A. Berman
Michael L. Teich
Brian D. Teven
**ANESI, OZMON, RODIN, NOVAK & KOHEN, LTD.**
Attorneys for Plaintiff
161 North Clark Street - 21st Floor
Chicago, IL 60601
312/372-3822 /mteich@anesilaw.com