## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Earnest J. Davis

                                  Plaintiff,

v.                                                                 Case No.: 1:19–cv–04112

                                                                      Honorable John J. Tharp Jr.

Macy's Retail Holdings, Inc., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 7, 2021:

      MINUTE entry before the Honorable John J. Tharp, Jr:The Verified Petition for Leave to Settle Minor's Cause of Action [136] is granted. Any scheduled hearings and deadlines are stricken and any pending motions are denied as moot. Enter Dismissal Order. Civil case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.